

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2022

No. 04-22-00117-CV

**IN THE INTEREST OF A.G.**, a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01479
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant appeals the trial court's termination of her parental rights. Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he served copies of the brief and motion on appellant, informed appellant of her right to review the record and file her own brief, and provided appellant with a form for requesting the record and explained to appellant the procedure for obtaining the record. *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014); *In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (applying *Anders* procedures in appeal from order terminating parental rights). As of the date of this order, appellant has not filed the record-request motion provided to her by her counsel.

If appellant desires to file a pro se brief, we **ORDER** that she do so by **on or before May 4, 2022.** At this time, the State has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief. If appellant files a timely pro se brief, the State may file a responsive brief no later than twenty days after appellant's pro se brief is filed in this court.

We further **ORDER** the motion to withdraw filed by appellant's counsel held in abeyance pending further order of the court.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2022.

MICHAEL A. CRUZ, Clerk of Court